UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANGTACHEN FONG,

            Petitioner,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

CASE NO. 2:24-cv-00356-RAJ

**REPORT AND RECOMMENDATION DENYING IFP STATUS**

Petitioner is detained at the NW Immigration Detention Center. On March 14, 2025, he submitted a federal habeas corpus petition without paying the filing fee or submitting an application to proceed *in forma pauperis* (IFP). Dkt. 1. The Clerk sent Petitioner a notice of deficiency indicating he needed to submit the application to proceed IFP or pay the filing fee by April 22, 2024 or the case may be dismissed. Dkt. 2.

On March 29, 2024, Petitioner submitted his "resident account summary" generated by the Northwest Immigration Center. Dkt. 5. According to the account summary, Plaintiff has $201.96 in his account. The funds in Petitioner's account are readily available to Petitioner as the account summary shows all of the expenditures Petitioner has made since August 2023.

The Court finds Petitioner has presented evidence that he has the ability to pay the $5.00 habeas corpus filing fee and is thus not eligible to proceed IFP. The Court accordingly

REPORT AND RECOMMENDATION
DENYING IFP STATUS - 1

recommends Petitioner be directed to pay the $5.00 filing fee within 14 days of adoption of this recommendation. The Court further recommends that if Petitioner fails to pay the filing fee within that deadline, that the matter be dismissed without prejudice.

**OBJECTIONS AND APPEAL**

This Report and Recommendation is not an appealable order.  Therefore, Petitioner should not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed and served upon all parties no later than **April 15, 2024.**  The Clerk shall note the matter for **April 19, 2024**, as ready for the District Judge's consideration.  The failure to timely object may affect the right to appeal.

DATED this 1st day of April, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION
DENYING IFP STATUS - 2