UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANGTACHEN FONG ,

Petitioner,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

CASE NO. 2:24-cv-00356-RAJ

**ORDER REGARDING IFP STATUS**

Having reviewed the Report and Recommendation of the assigned United States

Magistrate Judge, any objections or responses, and the remaining record, the Court finds and

ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Petitioner shall pay the filing fee within 14 days of the date of this order. The case

shall be dismissed without prejudice if the filing fee is not paid within that time frame.

(3)     The Clerk shall provide copies of this Order to the parties.

Dated this 23rd day of April, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER REGARDING IFP STATUS - 1